

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Coke R. Stevenson
Governor of Texas
Austin, Texas

Dear Governor Stevenson:

Opinion No. O-5644
Re: Deficiency appro-
priation for Board of
Professional Engineers

We have examined the request of A. F. Mitchell, Chairman of the State Board for Registration for Professional Engineers for approval by you of a deficiency allowance in the sum of $1,200.00 for the fiscal year ending August 31, 1944, to supplement said Board's appropriation item No. T-175. This request complies with the provisions of R.C.S. Art. 4351, and may be approved or disapproved by you, at your discretion.

The request, in triplicate, is returned herewith.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  R. W. Fairchild

R. W. Fairchild
Assistant

RWF:ncd
encl.

APPROVED OCT 8, 1943

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY _____